FLN (Rev. 4/2004) Deficiency Order  
3:98cr47LAC - UNITED STATES OF AMERICA vs. JOHNNIE FRANK EMANUEL

Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                             Case No.3:98cr47LAC

JOHNNIE FRANK EMANUEL

**ORDER**

Your document, **MOTION TO COMPEL SPECIFIC PERFORMANCE**, was referred to the undersigned with the following deficiencies:

    The document does not have an original signature.

For these reasons, IT IS ORDERED that the document shall be returned so that the party may sign it.

DONE and ORDERED this 14th day of September, 2006.

                                              *s/L.A. Collier*  
                                              LACEY A. COLLIER  
                                              SENIOR UNITED STATES DISTRICT JUDGE